1068

No. 94–7425.  RIDDLE v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 94–7668.  TYRELL J. v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 94–7744.  TURNER v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 94–7745.  WATERS v. RUNYON, POSTMASTER GENERAL. C. A. 6th Cir.  Certiorari denied.

No. 94–7779.  HANOUM v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–7785.  SINGER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 94–7903.  GAREY v. OH.  Sup. Ct. Fla.  Certiorari denied.

No. 94–8061.  LONG v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 94–8065.  KEELER v. MAUNEY, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 94–8086.  COLEMAN v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 94–8088.  GREEN v. PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS.  C. A. 7th Cir.  Certiorari denied.

No. 94–8095.  LATHAM v. LAWHON, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 94–8096.  MASTERSON v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 94–8097.  YOUNG v. NUCLEAR REGULATORY COMMISSION ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 94–8098.  TEMPLIN v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.